IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:14CR00093-KGB |
| RAMIRO CEDILLO-ESPINOZA | * |
| | * |
| Defendant. | * |

## ORDER

The Defendant appeared before the Court on this date for plea and arraignment. Defendant is not well-versed in the English language and is unable to understand the proceedings being conducted. Defendant and his counsel request the assistance of an interpreter to enable Defendant to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in court.

The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure. The Clerk is directed to appoint a qualified interpreter to assist the Defendant, counsel, and the Court at any and all court proceedings in this case.

IT IS SO ORDERED this 20th day of May 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE