**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**v.**                                **No. 4:14CR00093-01 KGB**

**RAMIRO CEDILLO-ESPINOZA**                                         **DEFENDANT**

## ORDER

Pending is defendant's motion to cancel his change of plea hearing scheduled for August 1, 2014,  (Dkt. No. 12) to allow counsel additional time to consult with the defendant.  There has been no response from the government.

For good cause shown, this matter is removed from this Court's calendar and will be reset by amended notice.

SO ORDERED this 25th day of July, 2014.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE